1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE CORPORATION, a Delaware corporation<br><br>        Plaintiff,<br>  v.<br><br>ALEX BORJAS, an individual; DEBORAH M. BORJAS, an individual; THE ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE; WILSHIRE CREDIT CORPORATION, a Nevada corporation; FISERV TRUST COMPANY, a Colorado corporation, doing business as FISERV INVESTMENT SUPPORT SERVICES or FISERV ISS & CO.; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., a Delaware corporation; METROCITIES MORTGAGE LLC, a Delaware limited liability company, doing business as NO RED TAPE MORTGAGE, LLC; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.  SACV 08-394-JVS(MLGx)<br><br>Assigned to Hon. James V. Selna<br><br>**STIPULATED JUDGMENT**<br><br>[e-filed concurrently with Stipulation between plaintiff GMAC Mortgage Corporation and defendant The Attorney General of the United States, United States Department of Justice] |

LA1871061.1
207866-10018

[PROPOSED] STIPULATED JUDGMENT RE: PRIORITY AND DISMISSAL

# STIPULATED JUDGMENT

Pursuant to the STIPULATION BETWEEN PLAINTIFF GMAC MORTGAGE CORPORATION AND DEFENDANT, THE ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE RE: PRIORITY AND DISMISSAL, and pursuant to the evidence and exhibits offered in support thereof, **IT IS HEREBY ORDERED**, **DECREED AND ADJUDGED** that:

1. The "Short Form Deed of Trust and Assignment of Rents", dated February 23, 2004, which was recorded in the Official Records, County of Orange, on February 26, 2004, as Instrument Number 2004000149701 (the "2004 District Court Lien"), a true and correct copy of which is attached hereto as **Exhibit A**, shall remain in full force and effect, and is the senior lien encumbering the property identified as Assessor's Parcel Number 804-431-20 that is commonly known as 1 Laurelgate, Coto de Caza, California 92679 (the "Property");

2. The 2004 District Court Lien is superior to the "Deed of Trust" recorded in the Official Records, County of Orange, on April 26, 2005, as Instrument Number 2005000314336 (the "GMAC Deed of Trust"), a true and correct copy of which is attached hereto as **Exhibit C**;

3. The "Full Reconveyance", recorded in the Official Records, County of Orange, on April 25, 2005, as Instrument Number 2005000312726 (the "Purported Reconveyance of 2004 District Court Lien"), a true and correct copy of which is attached hereto as **Exhibit B**, was forged by defendant Alejandro (Alex) Borjas and shall, therefore, be void and shall be cancelled and expunged from the public record;

4. The GMAC Deed of Trust, a true and correct copy of which is attached hereto as **Exhibit C**, shall be subsequent and junior to the 2004 District Court Lien; however, the GMAC Deed of Trust shall be senior to any other deed of trust or lien encumbering the Property's title that was recorded in the public record subsequent to the GMAC Deed of Trust;

5. GMAC is a *bona fide* encumbrancer of the Property;

6. The "Substitution of Trustee and Full Reconveyance", recorded in the Official Records, County of Orange, on July 29, 2005, as Instrument Number 2005000590631 (the "Purported GMAC Deed of Trust Reconveyance"), a true and correct copy of which is attached hereto as **Exhibit D**, was forged and the indebtedness underlying the Purported GMAC Deed of Trust Reconveyance was never repaid; therefore, the Purported GMAC Deed of Trust Reconveyance shall be void and shall be cancelled and expunged from the public record;

7. The "Notice of Lien for Fine and/or Restitution pursuant to Antiterrorism and Effective Death Penalty Act of 1996", recorded in the Official Records, County of Orange, on June 30, 2006, as Instrument Number 2006000441076 (the "2006 DOJ Lien"), a true and correct copy of which is attached as **Exhibit E**, has not been reconveyed; however, the 2006 DOJ Lien is junior and subordinate to the GMAC Deed of Trust, as are any other deeds of trust or liens that were recorded in the public record subsequent to the GMAC Deed of Trust; and

8. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, upon order of this Court, defendant THE ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE ("DOJ") shall be dismissed without prejudice from the above-captioned action, with DOJ and plaintiff GMAC MORTGAGE CORPORATION being responsible for their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: : June 29, 2009  _____
James V. Selna
United States District Court Judge